LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| APRIL CLARK,<br><br>   Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 18-204 JC<br><br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($2,900.00) subject to the terms of the stipulation.

DATE: April 3, 2019        _____/s/_____

HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE